1158

No. 98–1480.  BECK *v.* PRUPIS ET AL.  C. A. 11th Cir.  Certiorari granted.

No. 98–1121.  RUIZ ET AL. *v.* CULBERSON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–1265.  ADAMS ET AL. *v.* HINCHMAN, ACTING COMPTROLLER GENERAL, GOVERNMENT ACCOUNTING OFFICE, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 98–1404.  ROYSTER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–1417.  GRAND CANYON TRUST ET AL. *v.* FEDERAL AVIATION ADMINISTRATION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 98–1426.  BATJAC PRODUCTIONS INC. *v.* GOODTIMES HOME VIDEO CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–1465.  IN RE WRIGHT;
No. 98–1468.  IN RE BERRY;
No. 98–1469.  IN RE BIECK;
No. 98–1470.  IN RE BURNS; and
No. 98–1498.  SCOTT, UNITED STATES DISTRICT JUDGE, WESTERN DISTRICT OF LOUISIANA *v.* TONE ET AL.  C. A. 5th Cir.  Certiorari denied.  Reported below: 151 F. 3d 217.

No. 98–1471.  ADVANTAGE WEST PALM BEACH, INC., ET AL. *v.* WEST PALM BEACH COMMUNITY REDEVELOPMENT AGENCY, INC.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 98–1485.  IDAHO *v.* NEWSOM.  Sup. Ct. Idaho.  Certiorari denied.

No. 98–1497.  FARIA *v.* TOWN OF PALM BEACH.  C. A. 11th Cir.  Certiorari denied.

No. 98–1506.  BARRY ET AL. *v.* MCSHARES, INC., DBA RESEARCH PRODUCTS.  Sup. Ct. Kan.  Certiorari denied.